1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
7                                      AT SEATTLE

8    DEANNA MARIE KUJAWA,

9                      Plaintiff,            CASE NO. C18-5819-BAT

10          v.                               **ORDER RE AWARD OF EAJA
                                             ATTORNEY'S FEES AND COSTS
11   COMMISSIONER OF SOCIAL SECURITY,        28 U.S.C. § 2412**

12                     Defendant.

13                                    ORDER

14          Based upon the motion of the plaintiff, for which there is no opposition, it is hereby

15          Ordered, Adjudged, and Decreed that the plaintiff shall have a judgement against the

16   defendant for attorney's fees and expenses pursuant to the Equal Access to Justice Act (EAJA),

17   28 U.S.C. § 2412, *et. seq.* in the amount of $8,183.36 for attorney's and paralegal fees, and

18   expenses in the sum of $13.40 for service of the summons and complaint in this matter, for a

19   total award of $8,196.76. It is further

20          Order, Adjudged, and Decreed that in accordance with *Astrue v. Ratliff*, 560 U.S. 586,

21   586, 130 S. Ct. 2521, 2522, 177 L. Ed. 2d 91 (2010), plaintiff's EAJA fees and expenses award

22   is subject to any offset allowed pursuant to the Department of the Treasury's Offset Program. *See*

23   *Id.* If it is determined that the plaintiff's EAJA award is not the subject to any offset allowed

pursuant to the Department of the Treasury's Offset Program, then the check for the EAJA fees and expenses shall be made payable to and mailed to plaintiff's counsel, Charles W. Talbot, Esq., at Talbot and Associates, P.S., 5005 Center Street, Suite E, Tacoma, Washington 98409.

DATED this 14th day of May, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

28 U.S.C. § 2412 - 2